# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | CASE NUMBER 6:22-CR-00045-JDK |
| v. § | |
| § | |
| § | |
| CHRISTOPHER DOUGLAS CALLAN § | |
| § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of this action, has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation as the findings and conclusions of this Court and **ORDERS** that Defendant Christopher Douglas Callan be sentenced to seventeen months' imprisonment, with credit for time served from July 23, 2022, with no supervised release to follow. The Court recommends to the Bureau of Prisons that the place of confinement be FCI Seagoville, or alternatively Beaumont, and that Defendant receive drug treatment, if available.

1

So **ORDERED** and **SIGNED** this **5th** day of **October, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE